74,062-03

Abel Acosta Clerk.                    September 14.2015.
Court of Criminal Appeals of Texas .    RECEIVED IN
P.O. Box.12308. Capitol station.    COURT OF CRIMINAL APPEALS
Austin, Texas 78711.

SEP 16 2015

Abel Acosta, Clerk

Dear Acosta, Clerk.

Important: Please I am Inform you and your Clerk. and Judges representan The Court of Criminal Appeals of Texas.

1. 7-20-2011. Court has denied without written order on the Findings of the Trial Court after the evidentiary hearing the application For Writ of habeas Corpus Art. 11.07. has no any, explanation why, Denied that Writ. With the Courdance with the Federal Rules. Constitutionally rights Violated Due Procees?

2. 8.28-2015 - again Court has denied without written Order, because the Trial Court has not issues a Petitionres evidentiary hearing. I Do Not Know what Kind the game Keeper's You all Trying to "Playing."

3. Court's of Clerk. District Attorney's, Judges, Defense an attorney's they all "CORRUPTS."

4. Enclosed: Mr. Acosta, they need you all review my Writ again, that Can you all see the unProfessional error(s) they did en Wrong unFair Trial. District Attorney, the District Judge, and my Defense an Attorney Michael Mcliesh. they all the Same Corrupts they Culvert To each others etc.

Sincerely Submitted.  letter To Abel Acosta Clerk.
Armando Madrid.  Court of Criminal Appeals. of Texas.
CC:File.